AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:17-cv-8884 JFW | DATE FILED<br>12/8/2017 | United States District Court<br>Central District of California, Western Division<br>312 North Spring Street, Rm G-8, Los Angeles, CA 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| JITRADE, INC., a California Corporation; | FASHION NOVA, INC., a California Corporation; RICHARD SAGHIAN, an individual; EN COREE USA, INC., a California Corporation; SANG BAE HAN, an individual; and DOES 1-10, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA0002052596 | SND1610_18A | JITRADE INC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment<br>Notice of Voluntary Dismissal | ☐ Yes ☑ No | 1/8/2018 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry Gray | /s/ Jenny Lam | 1/9/2018 |

3) Upon termination of action, mail copy to Register of Copyrights